UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: KANTOR & GODWIN, PLLC - 1811

RICHARD MCLAUGHLIN

Index #: 08 CV 1575

Plaintiff(s)

- against -

Date Filed:

METRO-NORTH COMMUTER RAILROAD

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARLO JEAN-FRANCOIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 28, 2008 at 01:05 PM at

347 MADISON AVENUE
NEW YORK, NY

deponent served the within true copy of the SUMMONS & VERIFIED COMPLAINT on METRO-NORTH COMMUTER RAILROAD, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH MS. LINDA MONTANINO, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 50 | 5'8 | 160 |

Sworn to me on: February 29, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**CARLO JEAN-FRANCOIS**
License #: 911217
Docket #: 544261