UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD McLAUGHLIN,

        Plaintiff,                        **Rule 7.1 Statement**

  -against-

                                                08 Civ. 1575 (SAS)

METRO-NORTH COMMUTER RAILROAD,

        Defendant.
------------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD, ("METRO-NORTH") is a public benefit corporation.  (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992)).

Accordingly, Rule 7.1 does not apply to Metro-North.


Dated:  New York, New York         RICHARD K. BERNARD
          March 14, 2008                 GENERAL COUNSEL

                                              BY: S/_____
                                               José R. Rios  -  JRR/5785
                                               Attorneys for Defendant
                                               347 Madison Avenue
                                               New York, New York  10017
                                               212-340-2537