UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICHARD MCLAUGHLIN,

                Plaintiff,

   -against-                                    ANSWER

                                                  08 Civ. 1575 (SAS)

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
-------------------------------------------------------------------X

       Defendant, Metro-North Commuter Railroad ("Metro-North"), by its attorney, Richard K. Bernard, Esq., as and for its answer to the complaint of the plaintiff, alleges as follows, upon information and belief:

       1.  Denies the allegations contained in paragraph(s) 1, 6, 7 and 8 of the complaint.

       2.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph(s) 2 of the complaint.

       3.  Admits the allegations contained in paragraph(s) 3, 4 and 5 of the complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

       4.  As and for a first affirmative defense, or as a defense in mitigation of damages, the defendant claims that any injuries allegedly sustained by the plaintiff were caused, in whole or in part, by reason of the culpable conduct of the plaintiff.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

       5.  As and for a second affirmative defense, the defendant claims that the plaintiff's complaint fails to state a claim upon which relief can be granted.

WHEREFORE, the defendant, Metro-North Commuter Railroad demands judgment dismissing the complaint, together with costs and disbursements and such other and further relief as to this Court seems just and proper.

Dated: New York, New York
       March 14, 2008

                                          RICHARD K. BERNARD
                                          GENERAL COUNSEL

                                        By:__S/_____
                                          José R. Rios – JRR/5785
                                          Special Counsel
                                          Attorneys for Defendant
                                          347 Madison Avenue
                                          New York, New York  10017
                                          212-340-2537

TO:    Thomas P. Hurley, Esq.
          Law Offices of Kantor & Godwin, PLLC
          Attorneys for Plaintiff
          5800 Main Street
          Williamsville, NY  14221
          716-626-0404

STATE OF NEW YORK    :
                     :ss:
COUNTY OF NEW YORK:

      LAURA MATTHEWS, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside in New York.

      On March 14, 2008, I served a true copy of the annexed Answer and Rule 7.1 Statement, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:   Thomas P. Hurley, Esq.
      Law Offices of Kantor & Godwin, PLLC
      Attorneys for Plaintiff
      5800 Main Street
      Williamsville, NY  14221
      716-626-0404

                                      ___S/_____
                                        LAURA MATTHEWS

Sworn to before me this
 _14___ day of March, 2008

 _S/_____
NOTARY PUBLIC

McLAUGHLIN,Richard