UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Richard McLaughlin,

                Plaintiff,

     -against-

Metro-North Commuter Railroad,

                Defendant.
-------------------------------------------------------------X

**SCHEDULING ORDER**

:  08-CIV-1575 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

     **WHEREAS,** the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on March 13, 2008; and

     **WHEREAS**, the Order requires that the parties jointly prepare and sign a proposed Scheduling Order containing certain information;

     **NOW, THEREFORE**, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties is March 26, 2008;

(2)    a concise statement of the issues as they then appear:  The Defendant, Metro-North Commuter Railroad, did not provide the Plaintiff with a reasonably safe place to work.  Specifically, as Plaintiff, a Conductor with Metro-North

Commuter Railroad was attempting to perform his work duties, water flowed out

from under the engineer's seating area and console area where he was seated at

the time.  As Plaintiff stood up to perform his duties, his feet slid on the water,

causing him to slip and fall, resulting in serious injuries to both his knees, left

Achilles heel and back.

The defendant claims that it was not negligent; that it did not have notice

of the alleged condition; and that the plaintiff was, in whole or in part, negligent.

*Initial Disclosure: 3/28/08        Responses to Denard April 25*

(3)    a schedule including:

(a) the names of persons to be deposed and a schedule of planned

depositions:

- Richard McLaughlin – Plaintiff;

- Marlene McLaughlin – Plaintiff's wife;

- Luigi Constantini;

- Pat Flannery;

- Miscellaneous management employees and other employees of

Defendant, Metro-North Commuter Railroad.

*MAY
June
July*

(b) a schedule for the production of documents:

-        Plaintiff Joinder of parties by June 29, 2008;

-        Defendant Joinder of parties by July 29, 2008;

~~Discovery deadline is 11/26/08;~~ *fact discovery 8/15/08*

(c) dates by which (i) each expert's reports will be supplied to the adverse

side:

-        Plaintiff by ~~December 29, 2008;~~ *8/15/08*

-       Defendant by January 26, 2009;    9/15

(ii) each expert's deposition will be completed by:

-       Plaintiff by January 30, 2009;    9/30

-       Defendant by February 30, 2009;  10/7

(d)     time when discovery is to be completed:  11/26/08;    10/7

(e)     the date by which Plaintiff will supply its pre-trial order matters to

        the Defendant:  2/26/09;    10/21

(f)     the date by which the parties will submit a pre-trial order in a form

        conforming with the Court's instructions together with trial briefs

        and either (1) proposed findings of fact and conclusions of law

        for a non-jury trial; or (2) proposed voir dire questions and proposed

        jury instructions, for a jury trial; and

-       Pre-Trial Order by February 26, 2009    11/4

(g)     Final Pre-Trial Conference:    8/19 at 4:30

(4) n/a

(5) n/a

(6) anticipated length of jury trial;

-       One and one-half weeks

(7) The Scheduling Order may be altered or amended only on a showing of good

cause not foreseeable at the time of the conference as selected by the Justice;

(8) Names, addresses, phone numbers and signatures of counsel:

Thomas P. Hurley, Esq.
Law Offices of Kantor & Godwin, PLLC
5800 Main Street
Williamsville, NY  14221
(716) 626-0404
kantorgodwin@roadrunner.com

Jose' Rios, Esq.
Metro-North Commuter Railroad
347 Madison Avenue
New York, NY  10017
(212) 340-2537
rios@mnr.org

SO ORDERED:

SHIRA A. SCHEINDLIN, U.S.D.J.