UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK       x
-------------------------------------------------------- :
                                                         :
           McLaughlin                                    :
                                                         :
              v.                                         :
                                                         :
           Metro-North Commuter                          :
                  RR                                     :
                                                     x
--------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 1575 (SAS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
       Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
       Particular Motion: _____
       All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         March 26, 2008

                                              _____
                                              United States District Judge

*An inquest will be best. Thanks.*